UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| KIPPY SCHULER, | |
|---|---|
| Plaintiff, | Case No. 4:19-cv-00026-BMM |
| vs. | **AMENDED ORDER ON JOINT STIPULATION AND MOTION TO DISMISS WAL-MART STORES, INC.'S ASSOCIATES HEALTH AND WELFARE PLAN WITHOUT PREJUDICE** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WAL-MART STORES INC.'S ASSOCIATES HEALTH AND WELFARE PLAN, | |
| Defendants. | |

This Matter is before the Court on the Parties' Joint Stipulation and Motion to Dismiss Wal-Mart Stores, Inc.'s Associates Health and Welfare Plan Without Prejudice. Having considered the Joint Stipulation and Motion, it is ORDERED and ADJUDGED that:

1. The Parties' motion is GRANTED.
2. ORDERED Defendant Wal-Mart Stores, Inc.'s Associates Health and Welfare Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear his own

1

costs and attorneys' fees with regard to such claims.

DATED this 17th day of June, 2019.

_____
Brian Morris
United States District Court Judge