# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KIPPY SCHULER<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Cause No: CV 19-26-GF-BMM<br><br>**ORDER** |

Parties having filed a Joint Stipulation of Dismissal with Prejudice and good cause appearing;

IT IS HEREBY ORDERED that this case is dismissed with prejudice with all cost taxed against the party that incurred them.

DATED this 29th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court